Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-10-00883-CV

**ARCHDIOCESE OF OMAHA**, et al.,
Appellant

v.

John **DOE** I,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-05994
Honorable Peter Sakai, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  April 13, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to the appellee, John Doe I (a pseudonym), who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM